UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LUCAS BENJAMIN-BIR MOLTER,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY HEALTH ST. MARY MERCY,<br><br>Defendant. | Case No. 25-11812<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

# ORDER PROHIBITING
# PLAINTIFF FROM SENDING UNSOLICITED EMAILS
# TO CASE MANAGER

Plaintiff Lucas Benjamin-Bir Molter, proceeding *pro se* and *in forma pauperis*, filed this case asserting claims against many defendants. The Honorable F. Kay Behm dismissed all claims but allowed one claim to proceed against Defendant Trinity Health St. Mary Mercy, under the ADA. ECF No. 10. After handling several motions and imposing filing restrictions, Judge Behm referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 79.

Molter has recently sent this Court's case manager a barrage of unsolicited emails, sometimes without copying opposing counsel. Some

emails appear to include documents that Molter wishes to file with the Court, but a party may not file documents by sending them to a case manager.  Molter's barrage of emails have disrupted the case manager's work. The Court thus **ORDERS** that Molter is **PROHIBITED** from sending unsolicited emails to the Court's case manager.  In other words, Molter may email the case manager only to answer a question the case manager has posed to the parties by email.

    **IT IS SO ORDERED**.

Dated: October 15, 2025

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 15, 2025.

                                        <u>s/Davon Allen</u>
                                        DAVON ALLEN
                                        Case Manager