UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LUCAS BENJAMIN-BIR MOLTER,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY HEALTH ST. MARY MERCY,<br><br>Defendant. | Case No. 25-11812<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND STRIKING MOTIONS FILED DURING STAY OF PROCEEDINGS (ECF NOS. 93, 94, 95, 96, 97, 98)**

Plaintiff Lucas Benjamin-Bir Molter, proceeding *pro se* and *in forma pauperis*, filed this case asserting claims against many defendants. The Honorable F. Kay Behm dismissed all claims but allowed one claim to proceed against Defendant Trinity Health St. Mary Mercy (Trinity Health), under the ADA. ECF No. 10. After handling many motions and imposing filing restrictions, Judge Behm referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 79.

This Court recently denied Molter's request for "an indefinite stay" but granted a stay of proceedings until November 3, 2025. ECF No. 88; ECF

No. 91.  Molter now moves for leave to again move to stay proceedings indefinitely.  ECF No. 93.  The Court construes this as a motion for reconsideration of the order granting a stay until November 3, 2025, and **DENIES** the motion, as Trinity Health has the right to litigate the claims against it without undue delay.

Despite this Court having stayed the proceedings in this case until November 3, 2025, Molter filed a litany of motions.  ECF No. 94; ECF No. 95; ECF No. 96; ECF No. 97; ECF No. 98.  That is improper and the Court **STRIKES** those motions from the docket.  This case remains **STAYED until November 3, 2025**, and no motions may be filed during the stay of proceedings.

**IT IS SO ORDERED**.

Dated: October 17, 2025

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a**

**magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 17, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager
