UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCAS MOLTER,                                              Case No. 25-11812

    Plaintiff,                                              F. Kay Behm
v.                                                                        U.S. District Judge

TRINITY HEALTH,

    Defendant.
_____ /

## **ORDER DISMISSING CASE**

On November 26, 2025, this court entered an order revoking Molter's in forma pauperis status and requiring him to pay the filing fee within 30 days. Molter was warned that failure to pay the fee would result in dismissal of his complaint. ECF No. 131, PageID.738.

Molter filed a motion for leave to file certain documents on December 4, 2025. ECF No. 132. That motion did not seek reconsideration of the order at ECF No. 131, but instead appeared to be trying to file untimely objections to the Magistrate Judge's order recommending he be required to pay the filing fee. His motion for leave once again did not, however, include any actual objections, and its substance is not relevant to the issue here. *See generally* ECF No. 132.

1

No filing fee has been received, and thus this case is dismissed without prejudice for failure to comply and failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  All pending motions are **DENIED** as moot.  A separate order of judgment will follow.

**SO ORDERED**.

Date: January 5, 2026                              s/F. Kay Behm
                                                                 F. Kay Behm
                                                                 United States District Judge