UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCAS MOLTER,                      Case No. 25-11812

    Plaintiff,                           F. Kay Behm
v.                                    U.S. District Judge

TRINITY HEALTH,

    Defendant.
_____ /

## **JUDGMENT**

In accordance with the Order filed on this same day, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED**.

Date: January 5, 2026              s/ F. Kay Behm
                                         F. Kay Behm
                                         United States District Judge